```
         FILED              RECEIVED
         ENTERED            SERVED ON
                     COUNSEL/PARTIES OF RECORD

              JUN 2 9 2012

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:11-CR-108-RCJ (VPC) |
| v. ) | |
| ) | |
| BEN CUMMINGS, ) | |
| ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

On February 8, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253, based upon the plea of guilty by defendant BEN CUMMINGS to the criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant BEN CUMMINGS pled guilty. Criminal Indictment, ECF No. #; Change of Plea Minutes, ECF No. #; Preliminary Order of Forfeiture, ECF No. #.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 11, 2012, through March 11, 2012, notifying all known third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. #.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.

3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section
7  853(n)(7) and shall be disposed of according to law:

8      1. Gateway Desktop Computer, Serial Number 0018673498;
9      2. Gateway Laptop Computer, Serial Number 90701446726;
10     3. Various Compact Disks;
11     4. Lexar 8GB Thumbdrive; and
12     5. any book, magazine, periodical, film, videotape, or other matter which
13         contains any such visual depiction, which was produced, transported, mailed,
14         shipped, or received in violation of Title 18, United States Code, Section
15         2252A(a)(5)(B) ("property").

16 IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
17 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
18 as any income derived as a result of the United States of America's management of any property
19 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
20 according to law.

21 The Clerk is hereby directed to send copies of this Order to all counsel of record and three
22 certified copies to the United States Attorney's Office.

23 DATED this __29__ day of __JUNE__, 2012.

25 _____
    UNITED STATES DISTRICT JUDGE